■ IDA GREENE, Appellant, v JOSEPH MONTONE, Respondent. [610 NYS2d 880] —Appeal from an order of the Supreme Court

(Conway, J.), entered November 20, 1992 in Albany County, which, *inter alia,* granted defendant's cross motion for summary judgment dismissing the complaint.

Supreme Court properly granted defendant's cross motion for summary judgment dismissing the complaint. A previous order of the court precluded plaintiff from giving any evidence at trial in relation to the complaint's allegations. As a result of this prior order, plaintiff was barred from introducing any evidence regarding the central issues of liability and damages and could not therefore establish a cause of action. Plaintiff's remaining arguments have been considered and rejected.

Cardona, P. J., Crew III, Casey, Weiss and Peters, JJ., concur. Ordered that the order is affirmed, with costs.